UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANE LIPPINCOTT,<br><br>          Plaintiff,<br>v.<br><br>SOUTHWEST AIRLINES, et al.,<br><br>          Defendants. | Case No. 2:17-cv-00495-RFB-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 4) entered February 17, 2017, regarding removal of this case to federal district court. On February 21, 2017, Defendant Southwest Airlines, Co. filed a signed Statement (ECF No. 5) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than April 14, 2017,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 31st day of March, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE