CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel: (702) 366-0622
Fax: (702) 366-0327
*cdelk@thorndal.com*
Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE LIPPINCOTT, an individual,<br><br>  Plaintiff,<br>v.<br><br>SOUTHWEST AIRLINES CO., a Foreign Corporation; CLARK COUNTY DEPARTMENT OF AVIATION, a Political Subdivision of the State of Nevada as owner and operator of McCARRAN INTERNATIONAL AIRPORT; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br><br>  Defendants. | Case No. 2:17-cv-00495-RFB-PAL<br><br>**STIPULATION AND ORDER REMANDING CASE TO STATE COURT** |

WHEREAS, Plaintiff filed her Complaint in State Court on February 1, 2017;

WHEREAS, counsel for Defendant, SOUTHWEST AIRLINES, filed

-1-

removal papers in this Court on February 17, 2017 pursuant to 28 U.S.C. 1446 and 28 U.S.C. 1332 (diversity jurisdiction);

WHEREAS, the Joint Pre-Trial Order was filed on January 17, 2018, advising the Court that this Court probably did not have jurisdiction pursuant to 28 U.S.C. 1441(b)(2), which provides:

> A civil action otherwise removable solely on the basis of the jurisdiction under Sec. 1332(a) of this Title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought;

WHEREAS, Defendant, CLARK COUNTY, is deemed to be a citizen of the State of Nevada, thereby triggering the exemption set out in 28 U.S.C. 1441(b)(2);

NOW, IT IS HEREBY STIPULATED AND AGREED that this action may be remanded back to State Court as Case No. A-17-750429-C in Dept. 1, the Honorable Kenneth C. Cory presiding, each party to bear their own fees and costs.

| CAP & KUDLER, P.C. | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
|---|---|
| /s/ Donald C. Kudler | /s/ Craig R. Delk |
| Donald C. Kudler, Esq. | Craig R. Delk, Esq. |
| Nevada Bar No. 5041 | Nevada Bar No. 2295 |
| 3202 West Charleston Blvd. | 1100 East Bridger Avenue |
| Las Vegas, NV 89102 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff, DIANE LIPPINCOTT | Attorney for Defendant, SOUTHWEST AIRLINES CO. |
| DATED: August 13, 2018 | DATED: August 13, 2018 |

CHRISTOPHER M. YOUNG, PC

_/s/ Christopher M. Young_
Christopher M. Young, Esq.
Nevada Bar No. 7961
2460 Professional Court, #200
Las Vegas, NV 89128
Attorney for Defendant,
CLARK COUNTY

DATED: August 13, 2018

## ORDER

IT IS SO ORDERED this  21st  day of    August   , 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted By:

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER

_____
CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
1100 East Bridger Avenue
Las Vegas, NV  89101
Attorneys for Defendant,
SOUTHWEST AIRLINES CO.